## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | CHRISTINA R DEL VALLE | §<br>§  Case No.: 10-12079 |
| | RENE F DEL VALLE | § |
| | | § |
| | | § |
| | | § |
| | Debtor(s) | § |

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 03/20/2010.

2)    This case was confirmed on 07/07/2010.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/07/2010.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on 02/08/2011.

5)    The case was dismissed on 03/16/2011.

6)    Number of months from filing to the last payment:  11

7)    Number of months case was pending:  15

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $    45,900.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==============================================================================
| Receipts:                                                                  |
|        Total paid by or on behalf of the debtor        $    26,789.00      |
|        Less amount refunded to debtor                  $     2,000.00      |
| NET RECEIPTS                                           $    24,789.00      |
==============================================================================


==============================================================================
| Expenses of Administration:                                               |
|                                                                            |
|        Attorney's Fees Paid through the Plan           $     1,003.64      |
|        Court Costs                                     $          .00      |
|        Trustee  Expenses and Compensation              $     1,308.67      |
|        Other                                           $          .00      |
|                                                                            |
| TOTAL EXPENSES OF ADMINISTRATION                       $     2,312.31      |
|                                                                            |
| Attorney fees paid and disclosed by debtor             $     2,496.36      |
==============================================================================


==============================================================================
| Scheduled Creditors:                                                       |
```

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FIN | SECURED | 3,275.00 | 6,596.28 | 6,596.28 | 833.50 | 110.18 |
| AMERICAN GENERAL FIN | UNSECURED | 4,721.40 | NA | NA | .00 | .00 |
| EASTERN SAVINGS BANK | SECURED | 150,000.00 | .00 | .00 | .00 | .00 |
| EASTERN SAVINGS BANK | UNSECURED | 150,000.00 | NA | NA | .00 | .00 |
| EASTERN SAVINGS BANK | OTHER | NA | NA | NA | .00 | .00 |
| GMAC MORTGAGE | SECURED | 223,000.00 | 208,060.10 | 19,647.46 | 19,647.46 | .00 |
| GMAC MORTGAGE | UNSECURED | 64,303.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | SECURED | 35,210.00 | 33,878.69 | 34,273.69 | 1,885.55 | .00 |
| GMAC MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| KIA MOTORS FINANCE C | SECURED | 9,975.00 | .00 | .00 | .00 | .00 |
| KIA MOTORS FINANCE C | UNSECURED | 5,666.40 | .00 | .00 | .00 | .00 |
| OLD NATIONAL BK | SECURED | 11,000.00 | .00 | .00 | .00 | .00 |
| OLD NATIONAL BK | UNSECURED | 773.05 | .00 | .00 | .00 | .00 |
| WESTGATE RESORTS | SECURED | 12,400.00 | .00 | .00 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,155.83 | 1,183.22 | 1,183.22 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 7,251.23 | 6,941.13 | 6,941.13 | .00 | .00 |
| NARS | UNSECURED | 551.39 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,479.68 | 1,558.27 | 1,558.27 | .00 | .00 |
| ANGELA HERNANDEZ | OTHER | .00 | NA | NA | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | NA | 859.12 | 859.12 | .00 | .00 |
| OAK HARBOR CAPITAL L | UNSECURED | NA | 551.39 | 551.39 | .00 | .00 |
| CHASE BANK USA | UNSECURED | NA | 241.52 | 241.52 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 1,142.56 | 1,142.56 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.======================================================================.
| Scheduled Creditors:                                                 |
|                                                                      |
| Creditor              Claim        Claim        Claim      Principal        Int.    |
|   Name        Class   Scheduled    Asserted     Allowed      Paid           Paid    |
|                                                                      |
| PRA RECEIVABLES MANA  UNSECURED       NA        136.66       136.66        .00          .00   |
| PRA RECEIVABLES MANA  UNSECURED       NA        178.06       178.06        .00          .00   |
| HSBC BANK NEVADA      UNSECURED       NA        781.03       781.03        .00          .00   |
| GE MONEY BANK/SAMS C  UNSECURED       NA        100.00       100.00        .00          .00   |
.======================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 19,647.46 | 19,647.46 | .00 |
| Mortgage Arrearage | 34,273.69 | 1,885.55 | .00 |
| Debt Secured by Vehicle | 6,596.28 | 833.50 | 110.18 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 60,517.43 | 22,366.51 | 110.18 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 13,672.96 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 2,312.31 |
| Disbursements to Creditors | $ | 22,476.69 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 24,789.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    06/08/2011          /s/ Tom  Vaughn
                              Tom  Vaughn,  Chapter  13  Trustee


**STATEMENT**       : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**